<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATIENT CARE ASSOCIATES LLC, | : | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | : | Civil Case No. 13-2499 (FSH) |
| v. | : | <u>**ORDER**</u> |
| LIZ CLAIBORNE et al, | : | Date: April 22, 2013 |
| Defendants. | : | |

<u>**HOCHBERG, District Judge:**</u>

Upon removal of the action and for good cause, the Court hereby orders the removing Defendants by May 6, 2013 to serve and file a submission providing the below information. Plaintiff must also serve and file a submission responding to point #5 below by May 6, 2013 if Defendants are asserting diversity jurisdiction:

1.  A full explanation if all Defendants served at the time of removal did not join in the notice of removal.

2.  A full explanation if the notice of removal was dated more than thirty (30) days after the first Defendant was served.

3.  If the action has been removed on grounds of diversity jurisdiction, a statement if any of the Defendants served at the time of removal is a citizen of the forum state.

4.  If the action has been removed on grounds of diversity jurisdiction, the citizenship of Plaintiff and all named Defendants.

5.  If the action has been removed on grounds of diversity jurisdiction, both parties must submit a good faith estimate of the amount in controversy with supporting documentation.

6.	If the action has been removed on the basis of federal question jurisdiction, the federal statutory provision that gives rise to the jurisdiction and the specific section that provides Plaintiff with a private right of action.

If the Plaintiff has a response to Defendants' submission, such response shall be filed and served by May 13, 2013.  Any motion to remand the action to state court based on any procedural defects in the removal must be filed, if at all, thirty days after removal or sooner.  See 28 U.S.C. § 1447(c).

**IT IS SO ORDERED**.


/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J