

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973 538-6890
Fax 973 540-9015
www.jacksonlewis.com
Richard J. Cino - Managing Partner

CARLA D. MACALUSO
Email Address: macalusc@jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ATLANTA, GA | GREENVILLE, SC | MORRISTOWN, NJ | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | NORFOLK, VA | SAINT LOUIS, MO |
| BOSTON, MA | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | STAMFORD, CT |
| DALLAS, TX | MEMPHIS, TN | PHOENIX, AZ | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | | PORTLAND, OR | WHITE PLAINS, NY |

April 29, 2013

**VIA ELECTRONIC FILING**
The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ  07102

      Re: Patient Care Associates LLC a/s/o S.F. v. Liz Claiborne
        <u>Civil Action No. 2:13-cv-02499</u>

Dear Judge Mannion:

  We represent Defendant Fifth & Pacific Companies, Inc. (formerly known as Liz Claiborne) in the above matter.  We are writing to respectfully request an extension of time to answer, move or otherwise respond.  Defendant's response is currently due on **May 8, 2013**.[1]  To that end, enclosed is a proposed form of order extending Defendant's time to answer, move or otherwise respond to Plaintiff's complaint.  Defendant's answer would now be due on **June 7, 2013**.  Plaintiff's counsel consents to this request.

  We thank the Court for its attention to this matter.

      Respectfully submitted,

      JACKSON LEWIS LLP

      s/ Carla D. Macaluso
      Carla D. Macaluso

CDM/lac
Enclosure
cc: Andrew R. Bronsnick (via ECF)

Judge Mannion.doc
4840-0896-9235, v. 1

---

[1] Defendants previously obtained an extension to answer pursuant to Local Rule 6.1(b).